# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re: Union Hospital District,        Case No. _____
            Debtor.                    Chapter 9

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 9 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, state value of dispute or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Aramark Management Services<br>1101 Market Street<br>Philadelphia, PA 19107 | Jonathan L. Swichar, Esq.<br>Duane Morris<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>215.979.1000 | Trade | | $3,286,834.53 |
| Cardinal Health 200, LLC<br>7000 Cardinal Health<br>Dublin, OH 43017 | Daniel Bennett, Esq.<br>Kegler, Brown, Hill & Ritter<br>65 W. State Street<br>Suite 1800<br>Columbus, OH 43215<br>614.462.5400 | Trade | | $1,241,938.22 |
| South Carolina Department of Revenue<br>PO Box 12265<br>Columbia, SC 29921 | | Government contract | | $862,205.45 |
| Sweet Dreams Nurse Anesthesia<br>4080 McGinnis Ferry Road<br>Suite 102<br>Alpharetta, GA 30005 | Morgan S. Templeton, Esq.<br>PO Box 1200<br>Charleston, SC 29402<br>843.329.9500, ext. 209 | Trade | | $687,780.05 |
| McKesson Technologies<br>PO Box 98347<br>Chicago, IL 60693-8347 | | Trade | | $499,001.25 |

| | | | | |
|---|---|---|---|---|
| Morrison Management Services<br>5801 Peachtree Dunwoody Road<br>Atlanta, GA 30342 | Stephen Lewis, Esq.<br>Covington, Patrick, Hagins,<br>Stern & Lewis, PA<br>PO Box 2383<br>Greenville, SC 2960 | Trade | | $349,015.05 |
| Upstate Hospital Physicians, Inc.<br>104 Sunline Place<br>Spartanburg, SC 29307 | | Trade | | $183,000.00 |
| St. Jude Medical Inc.<br>PO Box 915002<br>Dallas, TX 75391-5002 | | Trade | | $181,231.39 |
| City of Union<br>PO Box 987<br>Union, SC 29379 | | Trade | | $175,430.30 |
| Medtronic USA, Inc.<br>PO Box 409201<br>Atlanta, GA 30384-9201 | | Trade | | $168,986.26 |
| Fujifilm Medical Systems USA Inc<br>PO Box 347689<br>Pittsburgh, PA 15251-4689 | | Trade | | $154,340.46 |
| Healthcare Service Management, Inc<br>1 Ballerymarch Park<br>Suite 311<br>Quincy, MA 02169 | | Trade | | $136,045.00 |
| Weatherby Locums, Inc<br>PO Box 972633<br>Dallas, TX 75397-2633 | | Trade | | $129,443.45 |
| Virtual Radiologic Corporation<br>25983 Network Place<br>Chicago, IL 60673-1259 | | Trade | | $123,912.14 |
| OnmiCare Inc<br>PO Box 715268<br>Columbus, OH 43271-5268 | | Trade | | $94,636.24 |
| Aegis Therapies, Inc<br>PO Box 8103<br>Fort Smith, AR 72902 | | Trade | | $88,624.65 |
| Mary Black Physician Group<br>PO Box 909<br>Drayton, SC 29333 | | Trade | | $85,380.00 |
| Stryker Orthopedics<br>PO Box 93213<br>Chicago, IL 60673-3213 | | Trade | | $72,014.87 |
| Medline Industries, Inc.<br>Dept Ch 14400<br>Palatine, IL 60055-4400 | | Trade | | $65,374.11 |
| Barton Associates, Inc.<br>10 Dearborn Road<br>Peabody, MA 01960 | | Trade | | $62,958.52 |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF UNION HOSPITAL DISTRICT

  I, Paul R. Newhouse, the Chief Executive Officer of the Union Hospital District, am the officer or agent of the municipality named as a debtor in this case. I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of my information and belief.

Dated: June 5, 2014

**Union Hospital District**

By: Paul R. Newhouse
Its: Chief Executive Officer