**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re:                                             )
                                                   )
Union Hospital District,                           )
                                                   )    Case No. 14-03299-dd
                                                   )    Chapter 11
                        Debtor.                    )
_____ )

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. §901(a) and § 1102, the following persons, having indicated a willingness to serve, are appointed as the Committee of Unsecured Creditors.

Mark H. Wall
Sweet Dreams Nurse Anesthesiology
Post Office Box 4380
Alpharetta, Georgia 30023
(843) 329-9500
(843) 329-9501 (fax)
Mark.Wall@WallTempleton.com

Brad Phister
Cardinal Health 200, LLC
7000 Cardinal Place
Dublin, Ohio 43017
(614) 553-3315
(614) 652-8042 (fax)
Brad.Phister@cardinalhealth.com

Albert Suh
Aramark Management Services, LP
1101 Market Street, 29th Floor
Philadelphia, PA 19107
 (215) 238-3057
(215) 413-8733 (fax)
Suh-Albert@aramark.com

Jerry Carpenter
Morrison Management Specialists, Inc.
4721 Morrison Drive, Suite 300
Mobile, AL 36609
(251) 461-3020
(251) 461-3193 (fax)
JerryCarpenter@iammorrison.com

                                                          JUDY A. ROBBINS
                                                          United States Trustee
                                                          Region Four

                                                          By: <u>  /s/   Linda K. Barr</u>
                                                          Linda K. Barr, Id. 6284
                                                          Trial Attorney
                                                          Office of United States Trustee
                                                          1835 Assembly Street - Suite 953
                                                          Columbia, South Carolina  29201
                                                          (803) 765-5219
Date: <u>July 1, 2014</u>                                    linda.k.barr@usdoj.gov